# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 01-1678

_____

| | | |
|---|---|---|
| James L. Brooks, | * | |
| | * | |
| Appellant, | * | Appeal from the United States |
| | * | District Court for the |
| v. | * | Northern District of Iowa. |
| | * | |
| Mark W. Bennett; Paul A. Zoss; | * | [UNPUBLISHED] |
| Thomas J. Miller; U.S. Government, | * | |
| | * | |
| Appellees. | * | |

_____

Submitted: July 23, 2001
Filed: July 30, 2001

_____

Before WOLLMAN, Chief Judge, MORRIS SHEPPARD ARNOLD, and BYE, Circuit Judges.

_____

PER CURIAM.

James L. Brooks appeals from the district court's[1] dismissal of his complaint. Having carefully reviewed the record and the parties' briefs, we agree with the district court, for the reasons explained in its thorough opinion, most claims are barred by sovereign, Eleventh Amendment, and judicial immunity, and that the complaint otherwise fails to state a claim. Accordingly, we affirm. See 8th Cir. R. 47B.

_____

[1]The Honorable Richard H. Kyle, United States District Judge for the District of Minnesota.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.